**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JOHN BRICKER,

      Plaintiff,

v.                                      No. 2:25-cv-1045 GJF-KRS

ETHOS MANAGEMENT PARTNERS LLC,

      Defendant.

**ORDER TO SHOW CAUSE**

THIS MATTER is before the Court *sua sponte*. Plaintiff served Defendant on November 3, 2025. *See* (Doc. 7 (Proof of Service)). To date, the record reflects no responsive pleading on behalf of Defendant, nor does it reflect any activity by Plaintiff to proceed with his claims against Defendant.

Pursuant to D.N.M.LR-Civ. 41.1, "[a] civil action may be dismissed if, for a period of ninety (90) days, no steps are taken to move the case forward." The docket indicates that Plaintiff has not taken any action to move this case forward since serving Defendant on November 3, 2026. IT IS THEREFORE ORDERED that Plaintiff show cause no later than **February 17, 2026**, why his claims against Defendant should not be dismissed without prejudice for failure to prosecute under D.N.M.LR-Civ. 41.1.

IT IS SO ORDERED this 2nd of February, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE