IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| JOHN BRICKER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )  No. 2:25-cv-1045 GJF-KRS |
| | ) |
| ETHOS MANAGEMENT PARTNERS LLC, | ) |
| | ) |
|    Defendant. | ) |

**ORDER QUASHING ORDER TO SHOW CAUSE**

**THIS MATTER** comes before the Court sua sponte on the Court's Order to Show Cause entered February 2, 2026. (Doc. 8). Noting that the record reflected no responsive pleading on behalf of Defendant, and no activity by Plaintiff to proceed with his claims against Defendant, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute. On February 12, 2026, an appearance of counsel on behalf of Defendant Ethos Management Partners LLC (Doc. 9), and a Stipulation for Extension of Time to File Answer Or Otherwise Respond (Doc. 10), filed jointly by Plaintiff and Defendant, were filed in the case. Accordingly, the Court **QUASHES** the Order to Show Cause (Doc. 8). The Court will set a Rule 16 Scheduling Conference by separate order.

    IT IS SO ORDERED this 13th day of February, 2026.

 

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE