**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JOHN BRICKER, Individually and for Others
Similarly Situated,

       Plaintiff,

vs.

                                  Case No. 2:25-cv-01045-GJF-KRS

ETHOS MANAGEMENT PARTNERS LLC,

       Defendant.

## ORDER GRANTING JOINT MOTION TO STAY, TOLL, AND MEDIATE

This matter is before the Court on the parties' Joint Motion to Stay, Toll, and Mediate ("Motion") (Doc. 15). Finding good cause and noting the agreement of the parties, the Motion is **GRANTED** and it is **ORDERED** that:

1.     The Initial Scheduling Order **[13]** is **VACATED** and all pending deadlines are stayed to allow the parties to conduct settlement discussions and attend mediation.

2.     The stay shall be in effect for 120 days, or until **July 6, 2026**.

3.     To facilitate a productive mediation, Ethos Management Partners will obtain and confidentially produce pay records (for Plaintiff and known opt-ins), anonymous pay data, pay code explanations, written materials regarding bonuses, to the extent they exist, policies, timesheets/time records, identification numbers, and dates of employment for the "Hourly Employees" who are working or worked for Ethos Management Partners and who received bonuses during the three-year limitations period. The Parties agree that pay and timekeeping data will be produced in an excel or other similar format, to the extent feasible.

4.     To provide the Parties with sufficient time to engage in such informal discovery, the statute of limitations is tolled by agreement of the parties as of March 2, 2026, for any FLSA claims of the putative collective of Hourly Employees' (as defined in Paragraph 3) while the parties engage in

settlement discussions. Either party may terminate this tolling agreement in writing with 10 days advance notice.

5,        If the parties are able to resolve this matter, they shall file a notice on the docket within five business days of entering into an agreement to settle.

6.        If the parties are unable to resolve this matter prior to July 6, 2026, (a) the parties shall file a joint notice on the docket within **5 business days** of the expiration of the stay notifying the Court of the failure to settle; (b) the parties shall file a Joint Status Report and Provisional Discovery Plan within **10 days** of the end of the stay; and (c) Defendant Ethos Management Partners shall file its answer to the complaint within **7 days** of the expiration of the stay.

IT IS SO ORDERED this 6th day of March, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

**SUBMITTED BY:**

LITTLER MENDELSON, P.C.

_____
Jay J. Athey (NM Bar No. 149270)
jathey@littler.com
201 Third Street NW
Suite 1950
Albuquerque, New Mexico 87102
Telephone:    505.944.9680
Facsimile:    505.994.9681

John H. Lassetter (*Pro Hac Vice* forthcoming)
jlassetter@littler.com
Brendan C. Johnson (*Pro Hac Vice* forthcoming)
bcjohnson@littler.com
LITTLER MENDELSON, P.C.
1300 IDS Center
80 South 8th Street

2

Minneapolis, Minnesota 55402.2136
Telephone:      612.630.1000
Facsimile:      612.630.9626

*Counsel for Defendant*


**APPROVED BY:**

*/s/ Travis J. Grefenstette (with permission)*
Michael A. Josephson
Andrew W. Dunlap
Travis J. Grefenstette
JOSEPHSON DUNLAP, LLP
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
mjosephson@mybackwages.com
adunlap@mybackwages.com
tgrefenstette@mybackwages.com

Richard J. (Rex) Burch
BRUCKNER BURCH, PLLC
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
rburch@brucknerburch.com

*Counsel for Plaintiff*